AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

ANGELO PANTANO,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: 3-08-cv-685-ECR-VPC

WILLIAM DONAT, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

The petition is denied on the merits. Judgment is entered in favor of respondents and against petitioner. This action is dismissed with prejudice.

A certificate of appealability is DENIED.

September 7, 2012        **LANCE S. WILSON**
        Clerk

        /s/ Lia Griffin
        Deputy Clerk